UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. ORE,<br><br>Plaintiff,<br><br>v.<br><br>TEKAY RAMON DORSEY,<br><br>Defendant. | Case No. 26-cv-00580-AMO<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 3 |

On January 26, 2026, Plaintiff Christopher P. Ore, representing himself, filed a motion for a temporary restraining order ("TRO"), seeking to enjoin Defendant Tekay Ramon Dorsey, a Supervisory Deputy United States Marshall, from "engaging in any further conduct that intimidates, threatens, retaliates against, or otherwise violates Plaintiff's constitutional rights[.]" Dkt. No. 3 at 3.  Having reviewed Ore's motion and the arguments made therein, as well as the relevant legal authority, the Court **DENIES** the motion without prejudice for the following reasons.

"Federal Rule of Civil Procedure 65(b) provides that a temporary restraining order may be granted without written or oral notice to the adverse party or that party's attorney only if: (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss or damage will result to the applicant before the adverse party or the party's attorney can be heard in opposition, and (2) the applicant's attorney certifies in writing the efforts, if any, which have been made to give notice and the reasons supporting the claim that notice should not be required." *Misch v. Alameda Cnty. Sheriff's Off.*, No. 22-CV-05278-HSG, 2023 WL 5767464, at *5 (N.D. Cal. Sept. 6, 2023) (citing Fed. R. Civ. P. 65(b)).  Ore's motion fails to meet these requirements.  While Ore alleges that he gave notice of an

administrative demand to Dorsey and the United States Attorney for the Northern District of California, Dkt. No. 1 ¶¶ 16-22, he does not allege he provided notice of the instant lawsuit or his motion for a temporary restraining order, and he has not filed a proof of service. Neither does Ore proffer any reasons to support that notice should not be required. Fed. R. Civ. P. 65(b).

Thus, the Court **DENIES** the motion for a temporary restraining order without prejudice. Ore may refile his motion for a temporary restraining order once he has either served Dorsey or explained why notice should not be required pursuant to Federal Rule of Civil Procedure 65(b).

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2