UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER P. ORE,

Plaintiff,

v.

TEKAY RAMON DORSEY,

Defendant.

Case No. 26-cv-00580-AMO

**ORDER DENYING MOTION FOR RETURN OF PROPERTY**

Re: Dkt. No. 7

Before the Court is Plaintiff Christopher P. Ore's motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). Having reviewed Ore's motion, as well as the relevant legal authority, the Court **DENIES** the motion for the following reasons.

Ore filed suit against Supervisory Deputy United States Marshal Tekay Ramon Dorsey on January 20, 2026. *See* Dkt. No. 1. He alleges that Dorsey unlawfully detained and interrogated him and deprived him of his property. Dkt. No. 1 at 1. On January 26, 2026, Ore filed an ex parte motion for a temporary restraining order ("TRO"). Dkt. No. 3. On January 27, 2026, the Court denied Ore's TRO without prejudice because Ore did not give notice to Dorsey nor provide any reasons why it should not be required. Dkt. No. 6.

On February 3, 2026, Ore filed the instant motion. Ore moves the Court for "immediate return of [his] personal property unlawfully seized and retained by federal officers[.]" Dkt. No. 7 at 2. But Ore still has not served Dorsey in this action. Indeed, Ore has yet to file a proposed summons. Because Dorsey has not been served and appeared, he has not received notice of Ore's motion through the Court's Electronic Case Filing system. Neither did Ore file a proof of service indicating that Dorsey was served in a different way. *See* Civil L.R. 5-5(a)(2) (requiring "[c]ertificate of service stating the date, place, and manner of service, and the name, street address,

United States District Court
Northern District of California

or electronic address of each person served, certified by the person who made service, pursuant to 28 U.S.C. §1746" unless a party is served via the Court's Electronic Case Filing system). A party may file a motion without notice to an opposing party "only if a statute, Federal Rule, local rule, or Standing Order authorizes ex parte filing. The motion must include a citation to the statute, rule, or order which permits the use of an ex parte motion to obtain the relief sought." Civil L.R. 7-10. Because Ore's motion does not comply with this rule, it is **DENIED**.

The Court cautions Ore that any further motions filed with the Court will be similarly denied unless Ore complies with the Civil Local Rules, as well as the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 17, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2