UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. ORE,<br><br>Plaintiff,<br><br>v.<br><br>TEKAY RAMON DORSEY, et al.,<br><br>Defendants. | Case No.  26-cv-01054-LJC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 26-cv-00580-AMO.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California